HERBERT MEATER, Respondent, *v.* ABRAHAM J. BALABAN,
Appellant.

*Meater* v. *Balaban*, 161 App. Div. 884, affirmed.
(Submitted December 10, 1915; decided January 11, 1916.)

APPEAL from a judgment of the Appellate Division of
.the Supreme Court in the second judicial department,
entered January 21, 1914, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the negligence of the defendant, his
employer. Plaintiff was a steamboat fireman. While
working on the boiler he was instructed by the engineer
to raise the board on the starboard side of the engine and
see what was the matter, the said board being immedi-
ately adjoining the bedplate upon which the engine was
constructed. In order to raise the board he had to keep
one foot on the right side of the boat and one foot on the
·edge of the bedplate, so that the board would be between
his legs, he having to straddle it and lift it with both
hands. As he was holding the board in his hands, the
boat gave a lurch and his foot slipped along the bedplate
into the crank pit and was struck by the crank shaft.

*Alden S. Crane* and *William A. Jones, Jr.,* for
:appellant.

*Manasseh Miller* and *Martin H. Latner* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: COLLIN, HOGAN, SEABURY and POUND, JJ.
Dissenting: WILLARD BARTLETT, Ch. J., and CHASE, J.
Not voting: HISCOCK, J.